1-17-cv-00246_20180222_100106

| | | |
|---|---|---|
| 0:00 | - 2/22/2018 10:01:08 AM - | - Docket No.: 1:17-cv-00246<br>Judge: Judge Sonja Bivins<br>Plaintiff Attorney: Margaret Williams, Richard Davis<br>Plaintiff: Edward Woerner<br>Defense Attorney: David Walker<br>Defendant: Christian Mills, KCC Contractor, Inc., Killian Construction Company, Killian Group, LLC, Killian Western, LLC, W. Killian Investments, LLC<br>Notes:<br>Evidentiary Hearing |
| 0:00 | - 2/22/2018 10:01:08 AM - | - Start Recording |
| 0:01 | - 2/22/2018 10:01:10 AM - CRD | - case called |
| 0:24 | - 2/22/2018 10:01:32 AM - Judge | - Citizenship of Dft Mills - Court needs testimony and anything else on the issue |
| 1:39 | - 2/22/2018 10:02:47 AM - Walker | - Dft Witness: Christian Michael Mills - sworn |
| 2:33 | - 2/22/2018 10:03:41 AM - Davis | - invoke the rule |
| 3:00 | - 2/22/2018 10:04:09 AM - Walker | - witness testimony cont'd |
| 11:56 | - 2/22/2018 10:13:04 AM - objection | - hearsay |
| 12:12 | - 2/22/2018 10:13:20 AM - Walker | - witness cont'd - Exhibit 1 - current drivers license of witness; Exhibit 2 - old FL drivers license; Exhibit 3 - FL voter info card [1996]; Exhibit 4 - redacted bank stmt; Exhibit 5 - FL jury summons; Exhibit 6 - property doc. |
| 24:32 | - 2/22/2018 10:25:40 AM - Davis | - cross - Pltf Exh. 1 - affidavit |
| 35:51 | - 2/22/2018 10:37:00 AM - objection | - |
| 36:32 | - 2/22/2018 10:37:40 AM - Davis | - cross cont'd - Dft Exh 6 discussed - Pltf Exh. 2 - Mortgage doc. [pg. 6 & 8 - occupancy parag] |
| 47:19 | - 2/22/2018 10:48:27 AM - objection - withdrawn | - |
| 47:26 | - 2/22/2018 10:48:35 AM - Davis | - cross cont'd - Baldwin Co Circuit Court issue |
| 51:17 | - 2/22/2018 10:52:25 AM - Walker | - redirect - mortgage doc. [Pltf Exh. 2] discussed - pg. 8, para. 11 |
| 54:22 | - 2/22/2018 10:55:30 AM - Davis | - cross cont'd - Dft Exh 3 - voter reg |

2/22/2018 11:44:06 AM

1

1-17-cv-00246_20180222_100106

| | | |
|---|---|---|
| 58:15 | - 2/22/2018 10:59:24 AM - Judge & witness | discussed - McAdams Ct - owns with exwife - not resident since 2011 - moved to Dunmire [old FL license] from 2011 to 2013/2014 then to Orange Beach [rental] & purchased home in Foley - moved to Panama City [Mar. 2017] |
| 1:03:29 | - 2/22/2018 11:04:37 AM - witness steps down | - |
| 1:03:39 | - 2/22/2018 11:04:47 AM - Walker | - Dft witness #2 - Tana Lee Dushon - sworn |
| 1:10:14 | - 2/22/2018 11:11:22 AM - Davis | - cross |
| 1:11:33 | - 2/22/2018 11:12:42 AM - Judge & witness | - bills discussion |
| 1:13:09 | - 2/22/2018 11:14:17 AM - witness steps down | - |
| 1:13:15 | - 2/22/2018 11:14:23 AM - Judge & witness | - separate taxes - AL for witness |
| 1:13:49 | - 2/22/2018 11:14:58 AM - Walker | - Dft witness #3 - Edward Eugene Warner - sworn - pltf in lawsuit |
| 1:16:23 | - 2/22/2018 11:17:31 AM - Davis | - cross & pltf's witness direct - photos - Pltf Exh. 3 - residence photo |
| 1:22:14 | - 2/22/2018 11:23:22 AM - witness steps down | - |
| 1:22:19 | - 2/22/2018 11:23:27 AM - Judge | - |
| 1:22:25 | - 2/22/2018 11:23:33 AM - Davis | - Pltf witness - Tina Rose Nelson - sworn |
| 1:30:12 | - 2/22/2018 11:31:21 AM - Walker | - cross |
| 1:31:14 | - 2/22/2018 11:32:22 AM - witness steps down | - |
| 1:31:28 | - 2/22/2018 11:32:37 AM - Judge | - |
| 1:31:43 | - 2/22/2018 11:32:51 AM - Witness Mills & Judge | - |
| 1:36:53 | - 2/22/2018 11:38:02 AM - Mills & Walker | - next project = FL |
| 1:37:37 | - 2/22/2018 11:38:46 AM - Judge | - order to be entered next wk |
| 1:37:47 | - 2/22/2018 11:38:56 AM - counsel | - exhibits admitted |
| 1:40:04 | - 2/22/2018 11:41:14 AM - | - Stop Recording |

2/22/2018 11:44:06 AM