# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| EDWRD E. WOERNER, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 17-00246-CG-B |
| KILLIAN CONSTRUCTION CO., et al., | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all the issued raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated March 6, 2018, is **ADOPTED** as the opinion of this Court.

Accordingly, Plaintiffs' Motion to Remand (Doc. 5) is **GRANTED**. The Clerk of Court is directed to take such steps as are necessary to transfer this action to the Circuit Court of Baldwin County, Alabama, from whence it was removed.

**DONE and ORDERED** this 22nd day of March, 2018.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE